■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD LEE, Appellant. [978 NYS2d 701]—

Since the defendant had not yet completed his originally imposed sentence of imprisonment when he was resentenced, his resentencing to a term including the statutorily required period of postrelease supervision did not subject him to double jeopardy or violate his right to due process (*see People v Lingle*, 16 NY3d 621 [2011]; *People v Williams*, 109 AD3d 490 [2013]; *People v Smith*, 101 AD3d 761 [2012]; *People v Cooke*, 94 AD3d 1138 [2012]).

The period of postrelease supervision imposed at resentencing was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Leventhal, Austin and Sgroi, JJ., concur.